AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murtha, J. Garvan | U.S. District Court - Vermont | 04/30/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States District Court
P.O. Box 760
Brattleboro, VT 05302-0760

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | ▨ Limited Partnership #4 |
| 2. | Beneficiary | Trust #1 |
| 3. | Trustee | Trust #2 |
| 4. | Beneficiary | Trust #3 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 04/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 04/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accenture PLC Stock | A | Dividend | J | T | | | | | |
| 2. AT&T Stock | A | Dividend | J | T | Buy | 02/08/12 | J | | |
| 3. Atmos Energy Stock | A | Dividend | J | T | Buy | 02/08/12 | J | | |
| 4. Bank of the Islands Account | A | Interest | K | T | | | | | |
| 5. Bank of Nova Scotia Stock | A | Dividend | J | T | Buy | 02/08/12 | J | | |
| 6. BSL Money Mkt Fund | A | Interest | J | T | | | | | |
| 7. CME Group Stock | A | Dividend | J | T | Buy | 04/24/12 | J | | |
| 8. Columbia Crest Gold Corp Stock | | None | J | T | | | | | |
| 9. Consumer Discretionary Fund | A | Dividend | J | T | Buy | 11/30/12 | J | | |
| 10. Covidien Stock | A | Dividend | J | T | | | | | |
| 11. Ecolab Common Stock | A | Dividend | J | T | | | | | |
| 12. Emerson Electric Stock | A | Dividend | J | T | | | | | |
| 13. Exxon-Mobil Common Stock | A | Dividend | J | T | | | | | |
| 14. Federal Home Loan Bond | A | Interest | J | T | | | | | |
| 15. First TR SR FL II Fund | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 16. Franklin Strategic Fund | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 17. Hartford Floating Rate Fund | A | Dividend | J | T | Buy | 09/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Healthcare Select SPDR Fund | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 19. IBM Stock | A | Dividend | J | T | Buy | 02/08/12 | J | | |
| 20. Intel Corp. Stock | A | Dividend | J | T | | | | | |
| 21. iShares Barclays 7-10 Yr Fund | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 22. iShares Barclays 10-20 Fund | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 23. iShares Barclays 20 Yr Fund | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 24. iShares Cohen & Steers Fund | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 25. iShares Iboxx Fund | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 26. iShares Midcap Index Fund | A | Dividend | J | T | Buy | 08/10/12 | J | | |
| 27. iShares Small Cap 600 Fund | A | Dividend | J | T | | | | | |
| 28. iShares Trust Dow Jones Fund | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 29. Johnson Controls Stock | A | Dividend | J | T | Buy | 04/24/12 | J | | |
| 30. JPM Chase Capital Stock | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 31. Kayne Anderson MLP Fund | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 32. Mainstay High Yield Fund | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 33. Matthews Asian Fund | A | Dividend | J | T | | | | | |
| 34. Matthews China Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. McDonald's Corp. Stock | A | Dividend | J | T | | | | | |
| 36. Medtronic, Inc. Common Stock | A | Dividend | | | Sold | 04/24/12 | J | C | |
| 37. MFS Utilities FD CL I Fund | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 38. ML Bank Deposit Account | A | Interest | J | T | Buy | 09/24/12 | J | | |
| 39. Northern Trust Gov't Select Fund | A | Interest | J | T | | | | | |
| 40. Pepsico Common Stock | A | Dividend | J | T | | | | | |
| 41. Powershares Preferred Fund | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 42. Procter & Gamble Stock | A | Dividend | J | T | | | | | |
| 43. Sector SPDR Consmrs STPL Fund | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 44. Sector SPDR Financial Fund | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 45. SPDR S P Divid ETF Fund | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 46. Sunamerica Strategic Fund | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 47. Sysco Corp. Stock | A | Dividend | J | T | | | | | |
| 48. Thermo Fisher Scientific Stock | A | Dividend | J | T | Buy | 04/24/12 | J | | |
| 49. Vanguard Emerging Mkts Stock | A | Dividend | J | T | | | | | |
| 50. Vanguard Infl. Prot. Fund | A | Interest | J | T | | | | | |
| 51. Vanguard MSCI European Fund | A | Dividend | J | T | Buy | 09/24/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Waste Management Stock | A | Dividend | J | T | | | | | |
| 53. Wisdom Tree Equity Income Fund | A | Dividend | J | T | | | | | |
| 54. Wisdom Tree Emerging Debt Fund | A | Interest | J | T | | | | | |
| 55. Merchants Bank Accounts | A | Interest | K | T | | | | | |
| 56. Brattleboro Tennis Club, VT Stock | | None | J | W | | | | | |
| 57. ▢ Limited Partnership #4 | G | Int./Div. | P2 | T | | | | | |
| 58. - Abbott Labs Stock | | | | | Buy | 04/13/12 | L | | |
| 59. - American Electric Power Stock | | | | | | | | | |
| 60. - Apple Stock | | | | | | | | | |
| 61. - AT&T Stock | | | | | | | | | |
| 62. - Automatic Data Processing Stock | | | | | Buy | 04/13/12 | L | | |
| 63. - BA Diversified Real Est Fund | | | | | | | | | |
| 64. - Caterpillar Stock | | | | | | | | | |
| 65. - Coca Cola Stock | | | | | | | | | |
| 66. - Columbia Acorn Int'l Fund | | | | | Sold | 01/20/12 | L | E | |
| 67. - Columbia Div. Inc. Fund | | | | | Sold | 04/11/12 | M | E | |
| 68. - Columbia Mid Cap Fd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Columbia Small Cap Fd | | | | | | | | | |
| 70.  - Conn St GO Bds | | | | | Sold | 04/02/12 | K | | |
| 71.  - Conn St Health Bds | | | | | | | | | |
| 72.  - Conn St Tax Oblig Bds | | | | | | | | | |
| 73.  - Covidien Stock | | | | | Buy | 04/02/12 | L | | |
| 74.  - CSX Corp. Stock | | | | | | | | | |
| 75.  - Diageo Stock | | | | | Buy | 04/11/12 | M | | |
| 76.  - Disney Stock | | | | | | | | | |
| 77.  - Dreyfus Tax Exempt Fund | | | | | Sold | 12/31/12 | N | | |
| 78.  - Duke Energy Stock | | | | | Buy | 11/14/12 | L | | |
| 79.  - East Htfd Ct Bds | | | | | | | | | |
| 80.  - Easton Ct Bds | | | | | | | | | |
| 81.  - EMC Stock | | | | | Buy | 04/13/12 | M | | |
| 82.  - Exxon Mobil Stock | | | | | | | | | |
| 83.  - Nextera Energy Stock | | | | | | | | | |
| 84.  - Franklin Res Stock | | | | | | | | | |
| 85.  - General Electric Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Griswold Ct Bond | | | | | | | | | |
| 87. - Harbor Int'l Fund | | | | | Sold | 01/20/12 | M | C | |
| 88. - Hewlett Packard Bds | | | | | Sold | 03/29/12 | L | | |
| 89. - Home Depot Stock | | | | | Buy | 09/05/12 | L | | |
| 90. - IBM Stock | | | | | Buy | 04/13/12 | M | | |
| 91. - Intel Stock | | | | | Buy | 04/13/12 | L | | |
| 92. - iShares High Yield Bd Fund | | | | | Buy | 03/29/12 | L | | |
| 93. - iShares Inc. MSCI Austral. Index Fund | | | | | | | | | |
| 94. - iShares Inc. MSCI Brazil Index Fund | | | | | Sold | 06/11/12 | L | | |
| 95. - iShares Inc. MSCI CDA Index Fund | | | | | | | | | |
| 96. - iShares Inc. MSCI Singapore Index Fund | | | | | | | | | |
| 97. - Johnson & Johnson Stock | | | | | | | | | |
| 98. - McDonald's Stock | | | | | | | | | |
| 99. - McKesson Corp. Stock | | | | | Buy | 04/30/12 | L | | |
| 100. - MFS Ser Int'l Fund | | | | | Sold | 04/11/12 | K | D | |
| 101. - MFS Ser Tr I Resh Int'l Fund | | | | | Sold | 01/20/12 | L | E | |
| 102. - Microsoft Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Minneapolis Sch Dist Bds | | | | | Sold | 02/01/12 | K | | |
| 104.  - Morgan J.P. Chase Stock | | | | | | | | | |
| 105.  - Morgan J.P. Chase Bds | | | | | | | | | |
| 106.  - Municipal Assist Corp GO Bds | | | | | | | | | |
| 107.  - Nestle Stock | | | | | Buy | 04/13/12 | M | | |
| 108.  - Novo-Nordisk Stock | | | | | Buy | 04/30/12 | M | | |
| 109.  - Omaha Neb Rev Ref Bds | | | | | | | | | |
| 110.  - Pasadena Tx Rev Ref Bds | | | | | | | | | |
| 111.  - Peters Sch Dist Wash Ref Bds | | | | | | | | | |
| 112.  - Procter & Gamble Stock | | | | | | | | | |
| 113.  - Public Storage Bond | | | | | Buy | 03/29/12 | L | | |
| 114.  - Qualcom Stock | | | | | Buy | 04/13/12 | M | | |
| 115.  - Regional Sch Dist Conn. Bond | | | | | | | | | |
| 116.  - Royal Dutch Shell Stock | | | | | | | | | |
| 117.  - Sanofi Stock | | | | | Sold | 03/08/12 | J | | |
| 118.  - Shelton Ct Bds | | | | | | | | | |
| 119.  - Southington Ct Bonds | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - SPDR Gold Shs Fund | | | | | Buy | 02/08/12 | M | | |
| 121. - S/W Ill Dev Auth Bds | | | | | | | | | |
| 122. - Target Stock | | | | | Buy | 09/05/12 | L | | |
| 123. - Teva Pharmaceutical Stock | | | | | | | | | |
| 124. - United Technologies Stock | | | | | | | | | |
| 125. - Vanguard Int'l Fund | | | | | Sold | 03/08/12 | L | | |
| 126. - Vanguard MSCI Emerging Mkts Fund | | | | | Buy | 11/26/12 | K | | |
| 127. - Vanguard REIT | | | | | | | | | |
| 128. - Vanguard Short Term Bds | | | | | | | | | |
| 129. - Verizon Bds | | | | | | | | | |
| 130. - Wal-Mart Bonds | | | | | Buy | 03/29/12 | L | | |
| 131. - Wells Fargo Bond | | | | | Buy | 03/29/12 | L | | |
| 132. - Yum Brands Stock | | | | | Buy | 04/13/12 | M | | |
| 133. Trust Company of VT - IRA | C | Div. & Int. | M | T | | | | | |
| 134. - 3M Stock | | | | | | | | | |
| 135. - Abbott Labs Stock | | | | | | | | | |
| 136. - Accenture Ltd. Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Air Products & Chemical Stock | | | | | Buy | 02/09/12 | J | | |
| 138. - Apache Corp. Stock | | | | | | | | | |
| 139. - Apple Stock | | | | | | | | | |
| 140. - Applied Materials Stock | | | | | | | | | |
| 141. - Atmos Energy Stock | | | | | Buy | 02/09/12 | J | | |
| 142. - Bank of America Stock | | | | | Sold | 02/09/12 | J | | |
| 143. - Bemis Stock | | | | | Sold | 02/09/12 | J | A | |
| 144. - Citigroup Stock | | | | | Sold | 02/09/12 | J | | |
| 145. - Colgate Palmolive Stock | | | | | | | | | |
| 146. - Conoco Phillips Stock | | | | | | | | | |
| 147. - EMC Stock | | | | | | | | | |
| 148. - Emerson Electric Stock | | | | | | | | | |
| 149. - Franklin Res. Stock | | | | | | | | | |
| 150. - HCP Stock | | | | | | | | | |
| 151. - Illinois Tool Wks Stock | | | | | | | | | |
| 152. - iShare Midcap Fund | | | | | | | | | |
| 153. - iShare Small Cap Fund | | | | | Buy | 08/10/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Johnson & Johnson Stock | | | | | | | | | |
| 155. - Johnson Controls Stock | | | | | Buy | 08/10/12 | J | | |
| 156. - Matthews Asian Fund | | | | | | | | | |
| 157. - Matthews China Fund | | | | | | | | | |
| 158. - Maxim Integrated Prods. Stock | | | | | | | | | |
| 159. - McDonald's Stock | | | | | | | | | |
| 160. - Nextera Energy Stock | | | | | Sold | 02/09/12 | J | A | |
| 161. - Nokia Stock | | | | | Sold | 02/09/12 | J | | |
| 162. - Northern Trust Gov't Select Fund | | | | | | | | | |
| 163. - Novartis Stock | | | | | | | | | |
| 164. - Omnicom Group Stock | | | | | Sold | 08/10/12 | J | A | |
| 165. - Pepsico, Inc. Stock | | | | | | | | | |
| 166. - PIMCO Emerging Bond Fund | | | | | | | | | |
| 167. - PIMCO Emerging Mkt Debt Fund | | | | | Sold | 12/06/12 | J | A | |
| 168. - PIMCO Short Term Inst'l Fund | | | | | | | | | |
| 169. - Procter & Gamble Stock | | | | | | | | | |
| 170. - Royal Dutch Shell Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Sanofi Aventis Stock | | | | | Sold | 02/09/12 | J | | |
| 172. - Southern Stock | | | | | | | | | |
| 173. - Spectra Energy Stock | | | | | | | | | |
| 174. - Stryker Corp. Stock | | | | | | | | | |
| 175. - Target Corp. Stock | | | | | | | | | |
| 176. - Teva Pharma Stock | | | | | Buy | 02/09/12 | J | | |
| 177. - United Technologies Stock | | | | | | | | | |
| 178. - US Bancorp Stock | | | | | | | | | |
| 179. - US Tips Bond | | | | | | | | | |
| 180. - Vanguard Emerging Mkts Fund | | | | | | | | | |
| 181. - Vanguard Short Term Bond Fund | | | | | Buy | 02/11/12 | O | | |
| 182. - Wells Fargo Bond | | | | | | | | | |
| 183. - Wisdom Tree Emerging Debt Fund | | | | | | | | | |
| 184. - Wisdom Tree Emerging Markets Fund | | | | | | | | | |
| 185. Trust #2 | E | Interest | M | T | | | | | |
| 186. - Dreyfus Tax Exempt Cash Fund | | | | | | | | | |
| 187. Merrill Lynch IRA | C | Div. & Int. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Consumer Discretionary Fund | | | | | Buy | 11/30/12 | J | | |
| 189. - DWA Tech Leaders Fund | | | | | | | | | |
| 190. - First Tr Consumer Discrt Fund | | | | | | | | | |
| 191. - First Tr Exchg Traded Fund | | | | | | | | | |
| 192. - First Tr Mid Cap Core Fund | | | | | Sold | 02/17/12 | J | B | |
| 193. - First TR S&P REIT Fund | | | | | Sold | 02/17/12 | J | | |
| 194. - First Tr SR Fl II Fund | | | | | | | | | |
| 195. - Franklin Strategic Fund | | | | | | | | | |
| 196. - Guggenheim S&P 500 Fund | | | | | Buy | 02/17/12 | J | | |
| 197. - Guggenheim S&P Midcap Fund | | | | | Buy | 02/17/12 | J | | |
| 198. - Hartford Floating Rate Fund | | | | | | | | | |
| 199. - iShares Cohen & Steers Fund | | | | | | | | | |
| 200. - iShares Gold TR Fund | | | | | | | | | |
| 201. - iShares MSCI Indonesia Fund | | | | | Sold | 11/16/12 | J | | |
| 202. - iShares MSCI Mexico Free Fund | | | | | Buy | 11/16/12 | J | | |
| 203. - iShares MSCI Thailand Fund | | | | | | | | | |
| 204. - iShares TR Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - iShares Transportation Fund | | | | | Sold | 05/14/12 | J | A | |
| 206. - iShares Trust Dow Fund | | | | | | | | | |
| 207. - JPM Chase Cap XI Stock | | | | | Buy | 05/14/12 | J | | |
| 208. - JPM Chase Cap XVI Stock | | | | | | | | | |
| 209. - Kayne Anderson MLP Fund | | | | | Buy | 11/17/12 | J | | |
| 210. - Legg Mason BW Global Fund | | | | | Buy | 06/06/12 | J | | |
| 211. - Mainstay High Yield Fund | | | | | | | | | |
| 212. - Market Vectors Agr Business Fund | | | | | Buy | 08/17/12 | J | | |
| 213. - PIMCO Emerg Mkts Bd Fund | | | | | | | | | |
| 214. - PowerShares Exchange Fund | | | | | | | | | |
| 215. - PowerShares QQQ Trust Fund | | | | | Buy | 06/21/12 | J | | |
| 216. - Principal Midcap Fund | | | | | Sold | 06/21/12 | J | A | |
| 217. - Rydex ETF TR Index Fund | | | | | Sold | 05/17/12 | J | | |
| 218. - Rydex ETF TR Fund | | | | | Sold | 05/17/12 | J | | |
| 219. - Sector SPDR Biotech Fund | | | | | Buy | 11/26/12 | J | | |
| 220. - Sector SPDR Financial Fund | | | | | Buy | 11/26/12 | J | | |
| 221. - Sector SPDR Utilities Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  - Sector SPDR Consmrs Fund | | | | | Buy | 05/17/12 | J | | |
| 223.  - Sector SPDR Gold Trust Fund | | | | | Buy | 06/21/12 | J | | |
| 224.  - Sector SPDR Home Builders Fund | | | | | Buy | 05/22/12 | J | | |
| 225.  - Sector SPDR Pharmaceuticals Fund | | | | | | | | | |
| 226.  - Sector SPDR Oil Gas Fund | | | | | Sold | 11/26/12 | J | | |
| 227.  - SunAmerica Strategic Fund | | | | | | | | | |
| 228.  - Vanguard European Fund | | | | | Buy | 12/19/12 | J | | |
| 229.  - Vanguard Total Fund | | | | | | | | | |
| 230.  - Wells Fargo Cap IX Fund | | | | | | | | | |
| 231.  Trust #1 Income Beneficiary | D | Distribution | M | T | | | | | |
| 232.  Trust #3 Income Beneficiary | D | Distribution | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 04/30/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ J. Garvan Murtha

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544